IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALFREDO CESMAS OCAMPO, )
)
       Petitioner, )
)
v. )      1:06CV451
)
SID HARKLEROAD, )
)
       Respondent. )

**J-U-D-G-M-E-N-T**

On May 17, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Petitioner filing a new petition.

                                                                United States District Judge

DATE: July 27, 2006